IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM LEROY WRIGHT,                                        CV. 07-1333-HU

       Plaintiff,                                           ORDER

   v.

GUY HALL, et al.,

       Defendants.

BROWN, Judge

On November 30, 2007, Magistrate Judge Dennis J. Hubel issued an order granting plaintiff's application to proceed *in forma pauperis*. On December 18, 2007, the order mailed to plaintiff was returned to the court for lack of a current address.

On February 29, 2008, Judge Hubel issued an order granting defendants' motion for extension of time. On March 10, 2008, the order mailed to plaintiff was returned to the court for lack of a current address.

Pursuant to Local Rule 83.10, a party not represented by counsel has a continuing responsibility to notify the clerk's office whenever they change their mailing address or telephone

number.  When mail from the court to a party cannot be delivered
due to the lack of a current address, and the failure continues for
sixty (60) days, the court may dismiss the action.  Local Rule
83.12.

Accordingly, IT IS ORDERED that defendants' motion to dismiss
(#15) is GRANTED, and defendants' motion for extension of time to
file a responsive pleading (#17) is DENIED AS MOOT.  This
proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this __25th___ day of March, 2008.


                              /s/ Anna J. Brown_____
                                   Anna J. Brown
                                   United States District Judge